**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Patti Law , et al.

Plaintiff,

v.

Case No.: 3:24−cv−01074

Affinity Cardiovascular Specialist, LLC

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/31/2025 re [39].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk